**SEALED**

FILED

Jul 14  3 04 PM '10

U.S. MAGISTRATE JUDGE
BY _____

1  DANIEL G. BOGDEN
   United States Attorney
2  KISHAN NAIR
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  (702) 388-6698

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) 2:10-mj-00473-RJJ |
| Plaintiff | ) |
| vs | ) |
|  | ) |
| ROCKY MENDOZA, JR., | ) |
| RAUL AVILA, | ) |
| OSCAR SOSA, and | ) |
| SERGIO ARELLANO, JR. | ) |
|  | ) |
| Defendants. | ) |

**GOVERNMENT'S *EX PARTE* APPLICATION REQUESTING
SEALING OF THE COMPLAINT**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Kishan Nair, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

. . .

. . .

. . .

. . .

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 13th day of July, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

KISHAN NAIR
Assistant United States Attorney

FILED

Jul 14  3 04 PM '10

U.S. MAGISTRATE JUDGE
BY _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:10-mj-00473-RJJ |
| Plaintiff ) | |
| vs ) | |
| ) | |
| ROCKY MENDOZA, JR., ) | |
| RAUL AVILA, ) | |
| OSCAR SOSA, and ) | |
| SERGIO ARELLANO, JR. ) | |
| ) | |
| Defendants. ) | |

### ORDER SEALING

Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Affidavit, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 14th day of July, 2010.

*[signature]*
UNITED STATES MAGISTRATE JUDGE