```
             FILED          RECEIVED
             ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    NOV - 1 2010

                 CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
             BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROCKY MENDOZA,<br><br>    Defendant. | 2:10-cr-515-GMN-PAL |

## ORDER OF FORFEITURE

On November 1, 2010, defendant ROCKY MENDOZA pled guilty to a One-Count Criminal Information charging him with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that ROCKY MENDOZA shall pay a criminal forfeiture money judgment of $14,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1), (a)(2), and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROCKY MENDOZA a criminal forfeiture money judgment in the amount of $14,000.00 in United States Currency.

DATED this ___1___ day of ___November___, 2010.

_____
UNITED STATES DISTRICT JUDGE