FILED ✓ / ENTERED ___   RECEIVED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD
MAR 31 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROCKY MENDOZA, ) <br> ) <br> Defendant. ) | 2:10-CR-515-GMN (PAL) |

### ORDER OF FORFEITURE

This Court found on November 1, 2010, that ROCKY MENDOZA shall pay a criminal forfeiture money judgment of $14,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ROCKY MENDOZA a criminal forfeiture money judgment in the amount of $14,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p).

DATED this 31 day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE